# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

**In re:**

Pizzeria Management III LLC v. Ciresi et al

Bankruptcy Case: **25–11334–jps**

Adversary Case: **25–01092–jps**

**Plaintiff(s):**
Pizzeria Management III LLC

−vs−

Judge: **JESSICA E. PRICE SMITH**

**Defendant(s):**
Joseph T. Ciresi, et al.

## NOTICE OF HEARING

You are hereby notified that a hearing has been scheduled before the Honorable JESSICA E. PRICE SMITH, United States Bankruptcy Judge, for:

**Date/Time/Location of Hearing**
February 18, 2026 **at** 10:00 AM
H.M. Metzenbaum Courthouse, 201 Superior Avenue, Courtroom 2B, Cleveland, OH 44114

to consider and act upon the following matter(s):

Court's Notice of Rescheduled Pre−Trial Conference − **to be held telephonically

[1] Complaint filed by Plaintiff Pizzeria Management III LLC, [6] Answer to Complaint filed by Defendant Cassie Ciresi, Defendant Joseph T. Ciresi

**Document #** 1, 6

**Dated:** January 6, 2026
Form ohnb152

By: /s/ Katherine Gaertner
Deputy Clerk, US Bankruptcy Court