IT IS SO ORDERED.

Dated: 2 July, 2026 12:07 PM

CHIEF JUDGE JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE:** | **IN PROCEEDINGS UNDER CHAPTER 11** |
| **PIZZERIA MANAGEMENT III LLC,** | **CASE NO. 25-11334** |
| **Debtor.** | |
| **PIZZERIA MANAGEMENT III LLC, Plaintiff** | **ADV. NO. 25-1092** |
| **v.** | **JUDGE JESSICA E. PRICE SMITH** |
| **JOSEPH T. CIRESI, et al., Defendant.** | |

**ORDER**

The matter before the Court is Plaintiff's Motion for Summary Judgment ("Motion") (Doc. No. 12), Defendants' Brief in Opposition (Doc. No. 14), and Plaintiff's Reply (Doc. No. 16). For the reasons stated on the record on June 30, 2026, the Motion is denied.

**IT IS SO ORDERED.**